# United States Court of Appeals
## For the Eleventh Circuit

No. 05-12089

District Court Docket No.
04-00301-CR-2-LSC-JEO

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 18, 2006

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FLOYD SOMERVILLE,

Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Northern District of Alabama

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



ISSUED AS MANDATE
JUN 1 6 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: May 18, 2006
For the Court: Thomas K. Kahn, Clerk
By: Gilman, Nancy

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 18, 2006
THOMAS K. KAHN
CLERK
```

No. 05-12089
Non-Argument Calendar

D. C. Docket No. 04-00301-CR-2-LSC-JEO

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FLOYD SOMERVILLE,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Alabama

(May 18, 2006)

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Floyd Somerville appeals his conviction for possession of a firearm by a

convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). On appeal, Somerville argues that he received ineffective assistance of defense counsel in connection with his guilty plea, pointing to what he asserts are numerous errors committed by his defense counsel. Somerville does not raise any other issues.

"We will not generally consider claims of ineffective assistance of counsel raised on direct appeal where the district court did not entertain the claim nor develop a factual record. If the record is sufficiently developed, however, . . . [we] will consider an ineffective assistance of counsel claim on direct appeal." United States v. Bender, 290 F.3d 1279, 1284 (11th Cir. 2002) (citations and quotation marks omitted). The preferable means for deciding a claim of ineffective assistance of counsel is through a 28 U.S.C. § 2255 motion, "even if the record contains some indication of deficiencies in counsel's performance." Massaro v. United States, 538 U.S. 500, 504-05, 123 S. Ct. 1690, 1694 (2003).

The record is not sufficiently developed to allow us to review Somerville's claims of ineffective assistance of counsel, particularly as Somerville attempted to offer evidence of the ineffective assistance into the record for the first time on appeal. The means for Somerville to raise those claims is through a § 2255 motion. Accordingly, we do not address his ineffective assistance claims and affirm his conviction.

**AFFIRMED.**

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia



# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2006

Perry D. Mathis
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

**Appeal Number: 05-12089-HH**
Case Style: USA v. Floyd Somerville
District Court Number: 04-00301 CR-2-LSC-JEO

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: one psi
    Original record on appeal or review, consisting of: four volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

Perry D. Mathis
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

June 16, 2006

**Appeal Number: 05-12089-HH**
Case Style: USA v. Floyd Somerville
District Court Number:  04-00301 CR-2-LSC-JEO

TO:   Perry D. Mathis

CC:   John A. Bivens

CC:   Michael Boysie Billingsley

CC:   Joyce White Vance

CC:   Administrative File